1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6

7    DEWAYNE MATTHEWS,                              Case No.  24-cv-02980-TLT

                        Plaintiff,
8
                                                    **ORDER OF DISMISSAL**
        v.
9

10   HOOKER, et al.,

                        Defendants.
11

12

13          Plaintiff, a California state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. §

14   1983. Plaintiff's complaint was dismissed with leave to amend three times. Dkt. Nos. 12, 17, 20.

15   Plaintiff filed first and second amended complaints, but has not filed a third amended complaint

16   within the time given, nor nor sought an extension of time to do so. This case is therefore

17   dismissed without prejudice. The clerk shall terminate any pending motions, enter judgment for

18   defendants, and close the file.

19          **IT IS SO ORDERED.**

20   Dated: October 24, 3035

21

22                                                  _____

23                                                  TRINA L. THOMPSON
                                                    United States District Judge
24

25

26

27

28

United States District Court
Northern District of California